## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

SHANNON LILIENTHAL,
individually, on behalf of a class of
similarly situated individuals,

      Plaintiff,

v.

AT&T CORP. and
AT&T MOBILITY, LLC,

      Defendant.

Case No. 5:15-cv-01045-HGD

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendants AT&T Mobility LLC and AT&T Corp. state as follows:

1.    AT&T Mobility LLC certifies that it is a limited liability company. AT&T has three members:  SBC Long Distance, LLC; SBC Telecom, Inc.; and BellSouth Mobile Data, Inc.  Each of these entities is a privately held company that is an indirect, wholly owned subsidiary of AT&T Inc., which is the only publicly held corporation with a 10 percent or more ownership interest in AT&T Mobility LLC.

2.    AT&T Corp. certifies that it is a wholly owned subsidiary of AT&T Inc., which is the only publicly held corporation with a 10 percent or more ownership interest in AT&T Corp.

03317076.1

3. No single shareholder currently owns more than 10% of AT&T Inc. stock.

DATED: _____      July 28, 2015

*s/ Carl S. Burkhalter*
Carl S. Burkhalter (BUR086)
mailto:
Counsel for Defendants

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Telephone:  (205) 254-1000
Facsimile:   (205) 254-1999burkhalter@maynardcooper.com

**MAYER BROWN LLP**
Archis A. Parasharami (*application for* pro hac vice *admission pending*)
1999 K Street NW
Washington, DC   20006
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3300
aparasharami@mayerbrown.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 28th day of July, 2015, electronically filed the foregoing Defendants' Corporate Disclosure Statement via the Court's CM/ECF electronic filing system which has sent electronic notification of this filing upon all counsel of record registered in this action.

                                            *s/* Carl S. Burkhalter
                                            Carl S. Burkhalter