UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SHANNON LILIENTHAL, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) Case No. 5:15-cv-01045-HGD |
| AT&T CORP., et al., | ) ) ) |
| Defendants | ) |

## **DISMISSAL ORDER**

Pursuant to the Notice of Dismissal filed by plaintiff (Doc. 13), it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.  Defendants' Motion to Compel Arbitration and to Stay Litigation (Doc. 10) is MOOT.

DONE this 28th day of August, 2015.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE